U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 1 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

RODNEY C. TUREAUD, JR.                    CIVIL ACTION NO. 03-2253

VERSUS                                    JUDGE DONALD E. WALTER

GRAMBLING STATE UNIVERSITY                MAGISTRATE JUDGE KIRK

## ORDER

Before the Court is Plaintiff's Motion to Award Attorneys' Fees, Costs, and Expenses [Doc. #70]. Defendant opposes the motion.

**IT IS ORDERED** that Plaintiff's motion is hereby **DENIED**. Plaintiff has been adequately compensated by the jury award of $222,500.00.

**THUS DONE AND SIGNED**, this ___10___ day of April, 2007.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE