**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **RODNEY C. TUREAUD** | **CIVIL ACTION NO. 3:03CV2253** |
| **VERSUS** | **JUDGE WALTER** |
| **GRAMBLING STATE UNIVERSITY** | **MAG. JUDGE KIRK** |

## JUDGMENT

On January 7, 2009, the Court entered an "Order" adopting the findings and conclusions of the Report and Recommendation of the Magistrate Judge as its own [Doc.#88]. The Order also directed the Clerk's Office to enter judgment in accordance with the Magistrate Judge's ruling. Accordingly,

Judgment is hereby entered in this matter in accordance with the findings and conclusions of the Report and Recommendation of the Magistrate Judge [Doc. #88] entered on December 5, 2008.

Shreveport, Louisiana, this 9th day of January, 2009.

                                                            **FOR ROBERT H. SHEMWELL, CLERK**

                                                            _____
                                                            PAMELA P. MITCHELL
                                                            STAFF ATTORNEY