U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 07 2009

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| RODNEY C. TUREAUD | CIVIL ACTION NO. 03-2253 |
| VERSUS | JUDGE DONALD E. WALTER |
| GRAMBLING STATE UNIVERSITY | MAGISTRATE JUDGE KIRK |

### O R D E R

This matter was referred to United States Magistrate Judge James D. Kirk for Report and Recommendation regarding a determination of the amount of attorneys' fees and costs to be awarded to plaintiff. After an independent review, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

The Clerk is directed to enter judgment in accordance with Judge Kirk's ruling [Doc. #88].

THUS DONE AND SIGNED this __7__ day of January, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE